### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### JUDGE ROBERT E. BLACKBURN

Criminal Action No. 11-cr-00497-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  JOEL ANTHONY WRIGHT,

      Defendant.

---

### JUDGMENT OF ACQUITTAL

---

This matter was tried commencing October 10, 2012, through October 16, 2012, before a duly sworn jury of twelve, the Honorable Robert E. Blackburn presiding.  The trial proceeded to conclusion and the jury rendered its verdicts finding the Defendant, Joel Anthony Wright, not guilty of the crimes charged in Counts 1, 2, 3, and 4 of the Second Superseding Indictment.

**THEREFORE, IT IS ORDERED** as follows:

1.  That pursuant to the jury's verdict dated October 16, 2012, Defendant, Joel Anthony Wright, is **ACQUITTED** on Counts 1, 2, 3, and 4 of the Second Superseding Indictment;

2.  That judgment of acquittal is **ENTERED** on Counts 1, 2, 3, and 4 of the Second Superseding Indictment; and

3.  That the defendant's bond is exonerated.

Dated October 25, 2012, *nunc pro tunc* to October 16, 2012.

                                 **BY THE COURT**:

                                 Robert E. Blackburn
                                 United States District Judge